BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2775

Attorneys for Defendant
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:13-CV-01653-LKK-CKD<br><br>DEFENDANT UNITED STATES OF AMERICA'S MOTION TO CONTINUE PRETRIAL SCHEDULING CONFERENCE<br>IN LIGHT OF LAPSE OF APPROPRIATIONS; ORDER |

The United States of America hereby moves for a continuance of the pretrial scheduling conference in the above-captioned case, which is currently scheduled for October 28, 2013, at 10:30 a.m., before United States District Judge Lawrence K. Karlton.  Pursuant to the August 12, 2013 Order Setting Status (Pretrial Scheduling) Conference, Doc. #4, the status reports are due 14 days prior to the pretrial scheduling conference, to wit, on or before October 11, 2013 (since October 14 is a federal holiday).

1.   At the end of the day on September 30, 2013, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed.  The Department does not know when funding will be restored by Congress.

2.   Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That exception is

not deemed to include most civil cases.  Indeed, the undersigned Assistant U.S. Attorney is furloughed until appropriations to the Justice Department are restored.

3. Undersigned counsel for defendant United States of America therefore requests a continuance of the pretrial scheduling conference until Congress has restored appropriations to the Department.

4. If this motion for a continuance is granted, the undersigned counsel will notify the Court promptly after Congress has appropriated funds for the Department, and will propose rescheduling the pretrial scheduling conference as appropriate.

5. Opposing counsel has authorized counsel for the Government to state that the Plaintiff has no objection to this motion.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a continuance of the pretrial scheduling conference in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Respectfully submitted,

DATED:  October 9, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Bobbie J. Montoya*

BOBBIE J. MONTOYA
Assistant United States Attorney

Attorneys for Defendant
United States of America

ORDER

The status conference, currently set for October 28, 2013, is continued to January 13, 2014 at 2:30 p.m.  The parties are reminded of their obligation to file status reports 14 days preceding the status conference.

////

Defendant USA's Motion to Continue Pretrial Scheduling Conference; [proposed] Order

2

1 IT IS SO ORDERED.

2 DATED: October 8, 2013.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```