1   BENJAMIN B. WAGNER
United States Attorney
2   BOBBIE J. MONTOYA
Assistant United States Attorney
3   501 I Street, Suite 10-100
Sacramento, California 95814
4   Telephone:  (916) 554-2775

5   Attorneys for Defendant
United States of America

6

7                 IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   STATE FARM MUTUAL INSURANCE          Case No. 2:13-CV-01653-LKK-CKD
     COMPANY,
11                                        DEFENDANT UNITED STATES OF AMERICA'S
                          Plaintiff,      MOTION TO CONTINUE PRETRIAL
12                                        SCHEDULING CONFERENCE
            v.                            IN LIGHT OF LAPSE OF APPROPRIATIONS;
13                                        ORDER
     UNITED STATES OF AMERICA,
14
                          Defendant.
15

16

17         The United States of America hereby moves for a continuance of the pretrial scheduling

18   conference in the above-captioned case, which is currently scheduled for October 28, 2013, at 10:30

19   a.m., before United States District Judge Lawrence K. Karlton.  Pursuant to the August 12, 2013 Order

20   Setting Status (Pretrial Scheduling) Conference, Doc. #4, the status reports are due 14 days prior to the

21   pretrial scheduling conference, to wit, on or before October 11, 2013 (since October 14 is a federal

22   holiday).

23         1.     At the end of the day on September 30, 2013, the appropriations act that had been

24   funding the Department of Justice expired and appropriations to the Department lapsed.  The

25   Department does not know when funding will be restored by Congress.

26         2.     Absent an appropriation, Department of Justice attorneys and employees are prohibited

27   from working, even on a voluntary basis, except in very limited circumstances, including "emergencies

28   involving the safety of human life or the protection of property."  31 U.S.C. § 1342.  That exception is

1   not deemed to include most civil cases.  Indeed, the undersigned Assistant U.S. Attorney is furloughed

2   until appropriations to the Justice Department are restored.

3        3.      Undersigned counsel for defendant United States of America therefore requests a

4   continuance of the pretrial scheduling conference until Congress has restored appropriations to the

5   Department.

6        4.      If this motion for a continuance is granted, the undersigned counsel will notify the Court

7   promptly after Congress has appropriated funds for the Department, and will propose rescheduling the

8   pretrial scheduling conference as appropriate.

9        5.      Opposing counsel has authorized counsel for the Government to state that the Plaintiff

10  has no objection to this motion.

11       Therefore, although we greatly regret any disruption caused to the Court and the other litigants,

12  the Government hereby moves for a continuance of the pretrial scheduling conference in this case until

13  Department of Justice attorneys are permitted to resume their usual civil litigation functions.

14                                            Respectfully submitted,

15  DATED:  October 9, 2013                   BENJAMIN B. WAGNER
                                              United States Attorney
16

17                                            */s/ Bobbie J. Montoya*

18                                            _____
                                              BOBBIE J. MONTOYA
19                                            Assistant United States Attorney

20                                            Attorneys for Defendant
                                              United States of America
21

22

23                                            ORDER

24       The status conference, currently set for October 28, 2013, is continued to January 13, 2014 at

25  2:30 p.m.  The parties are reminded of their obligation to file status reports 14 days preceding the status

26  conference.

27  ////

28

1    IT IS SO ORDERED.

2    DATED:  October 8, 2013.

3

4

5    _____

6    LAWRENCE  K.  KARLTON
     SENIOR  JUDGE
     UNITED  STATES  DISTRICT  COURT

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28